FILED
2015 Jan-05 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VERONICA EDWARDS HARRIS, ) | |
| ) | |
| Plaintiff; ) | |
| ) | 2:14-cv-1830-LSC |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. | |

MEMORANDUM OF OPINION

Plaintiff Veronica Edwards Harris initiated this action against the United States alleging a claim under the Federal Tort Claims Act, 28 U.S.C. § 1346(b). The United States moved to dismiss the plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. (Doc. 7.) The Magistrate Judge filed a report and recommendation on December 16, 2014, recommending that this Court grant the United States' motion to dismiss. (Doc. 12.) The plaintiff filed an objection to the Magistrate Judge's report and recommendation on December 23, 2014. (Doc. 13.) This action was reassigned to the undersigned judge on December 30, 2014. (Doc. 14.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the plaintiff's objection thereto, the Court is of the opinion that the Magistrate Judge's report is due to be and is hereby ADOPTED and the Magistrate Judge's recommendation is ACCEPTED. A corresponding order will be entered contemporaneously herewith.

Done this 5th day of January 2015.

L. Scott Coogler
United States District Judge
[160704]